IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JEFFREY FARMER<br>        RICHELLE FARMER<br>        5464 BANEBERRY AVE<br>        COLUMBUS, OH  43235 | Case No: 09-61616<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The above case having been COMPLETED on January 07, 2015. the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and the disbursements since the issuance of the Certification of Final Payment and Case History.

Interim Bankruptcy Rule 1007(b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management prepared as prescribed by the appropriated official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan of the filing of a motion of a discharge.

Within twenty-one (21) days of the filing of this Chapter 13 Trustee's Certification of the Final Payment and Case History, debtors shall file with the Court the Debtor(s)' Certification Regarding Issuance of Discharge Order.  The form can be viewed on the Trustee's website at www.13network.com.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JEFFREY FARMER
RICHELLE FARMER
5464 BANEBERRY AVE
COLUMBUS, OH  43235

Case No: 09-61616

Chapter 13

Judge: John E. Hoffman Jr.

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on October 07, 2009.
The plan was confirmed on January 26, 2010.
The Case was concluded on January 07, 2015.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS:  Amount paid to the Trustee by or for the Debtor for benefit of creditors:        53,789.94

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 9.18%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AEP 00025 ADMINISTRATIVE PRIORITY | 95.00 | 95.00 | 0.00 | 0.00 |
| AEP 00003 UNSECURED | 18.06 | 18.06 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE 00027 DISALLOWED PER ORDER | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00002 PRIORITY | 461.29 | 461.29 | 0.00 | 0.00 |
| ATTORNEY GENERAL STATE OF OHIO 00026 UNSECURED | 220.47 | 188.06 | 0.00 | 32.41 |
| Capital One Bank 00006 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Capital One Bank 00005 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CARDINAL ORTHOPEDIC INSTITUTE 00024 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF OHIO 00009 UNSECURED | 29.63 | 29.63 | 0.00 | 0.00 |
| DEPT STORES NATL BANK/MACYS 00019 UNSECURED | 135.67 | 135.67 | 0.00 | 0.00 |
| Honda Financial Services 00010 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC Bank 00012 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| HSBC Bank 00011 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61616    JEFFREY FARMER and RICHELLE FARMER

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| JEFFREY FARMER 00000    DEBTOR REFUND | 238.17 | 238.17 | 0.00 | 0.00 |
| JEFFREY FARMER 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Jonathan B. Feibel, MD 00015    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00023    APPRAISER | 175.00 | 175.00 | 0.00 | 0.00 |
| Nationwide Advantage Mortgage Co 00001    SECURED | Paid outside | 0.00 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00008    UNSECURED | 390.31 | 390.31 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00007    UNSECURED | 944.20 | 944.20 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00004    UNSECURED | 405.07 | 405.07 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00014    UNSECURED | 156.46 | 156.46 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00013    UNSECURED | 128.55 | 128.55 | 0.00 | 0.00 |
| PRA REC AGENT OF PORTFOLIO 00018    UNSECURED | 104.49 | 104.49 | 0.00 | 0.00 |
| RICHELLE FARMER 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| TELHIO CREDIT UNION 00022    LEASE | 27,998.32 | 27,998.32 | 0.00 | 0.00 |
| TELHIO CREDIT UNION 00021    LEASE | 14,641.10 | 14,641.10 | 0.00 | 0.00 |
| Time Warner Cable 00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| VANDA LLC 00017    UNSECURED | 235.96 | 235.96 | 0.00 | 0.00 |
| VANDA LLC 00016    UNSECURED | 335.06 | 335.06 | 0.00 | 0.00 |
| W MARK JUMP ESQ 00028    ADDITIONAL ATTORNEY FEES | 2,299.10 | 2,299.10 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 238.17 | 238.17 | | |
| Debtor refund to be issued upon the approval of the Final Report and Account | 260.58 | 260.58 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 44,938.52 | 556.29 | 33,808.11 | 0.00 | 498.75 | 79,801.67 |
| PRIN PAID | 44,938.52 | 556.29 | 3,071.52 | 0.00 | 498.75 | 49,065.08 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 |
| | | | | | TOTAL PAID: | 49,065.08 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61616   JEFFREY FARMER and RICHELLE FARMER

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| W MARK JUMP ESQ | 2,574.00 | 2,574.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,208.48 | 0.00 | 5.55 | 2,214.03 |

Dated: 02/11/2015

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: JEFFREY FARMER<br>RICHELLE FARMER<br>5464 BANEBERRY AVE<br>COLUMBUS, OH  43235 | Case No: 09-61616<br><br>Chapter 13<br><br>Judge: John E. Hoffman Jr. |

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Faye D. English, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Faye D. English
FAYE D. ENGLISH TRUSTEE
CHAPTER 13 TRUSTEE
ONE COLUMBUS
10 WEST BROAD ST., SUITE 900
COLUMBUS, OH  43215-3449
(614)420-2555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: JEFFREY FARMER
      RICHELLE FARMER
      5464 BANEBERRY AVE
      COLUMBUS, OH  43235

Case No: 09-61616

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Chapter 13 Trustee's Certification of Final Payment and Case History was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 2/11/2015

/s/ Faye D English

Electronically signed by
Faye D English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D English, Chapter 13 Trustee
, Attorney for Debtor

By ordinary U.S. Mail addressed to:

**Plus all parties on the attached Creditor Matrix**

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61616 JEFFREY FARMER and RICHELLE FARMER

Creditor Matrix for Case Number 09-61616

| Creditor Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| JS & Associates Appraisal Services, LLC | P.O. Box 360713 | Columbus | OH | 432360713 |
| Nationwide Advantage Mortgage Company | PO BOX 919000 | Des Moines | IA | 503910000 |
| PRA Receivables Management, LLC | POB 41067 | Norfolk | VA | 235410000 |
| Vanda, LLC | c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 | Seattle | WA | 981210000 |
| AEP Ohio | PO Box 24401 | Canton | OH | 447014401 |
| American Electric Power | PO Box 2021 | Roanoke | VA | 240222121 |
| American Honda Finance Corporation | National Bankruptcy Center P.O. Box 168088 | Irving | TX | 750168088 |
| Asst US Trustee (Col) | Office of the US Trustee 170 North High Street | Columbus | OH | 432150000 |
| CANDICA L.L.C. | C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 | SEATTLE | WA | 981210000 |
| COLUMBIA GAS OF OHIO | 200 CIVIC CENTER DRIVE, 11TH FLOOR | COLUMBUS | OH | 432150000 |
| Capital One Bank | PO Box 30284 | Salt Lake City | UT | 841300000 |
| Capital One Bank | PO Box 6492 | Carol Stream | IL | 601970000 |
| Chase Bank USA NA | PO Box 15145 | Wilmington | DE | 198505145 |
| Chase Bank USA, N.A. | By PRA Receivables Management, LLC PO Box 12907 | Norfolk | VA | 235410000 |
| Chase Cardmember Services | PO Box 15153 | Wilmington | DE | 198860000 |
| Columbia Gas Of Ohio | 200 Civic Center Drive 8th Floor | Columbus | OH | 432150000 |
| Department Stores National Bank/Macy&#039;s | Nco Financial Systems, Inc. PO BOX 137 | COLUMBUS | GA | 319020137 |

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 09-61616   JEFFREY FARMER and RICHELLE FARMER

| | | | | |
|---|---|---|---|---|
| HSBC Bank | PO Box 5241 | Carol Stream | IL | 601970000 |
| HSBC Card Services | PO Box 5222 | Carol Stream | IL | 601970000 |
| Honda Financial Services | PO Box 5308 | Elgin | IL | 601215308 |
| Jonathan B. Feibel, MD | 259 Taylor Station Road | Columbus | OH | 432130000 |
| Juniper Bank | PO Box 13337 | Philadelphia | PA | 191013337 |
| Lowe&#039;s | PO Box 530914 | Atlanta | GA | 303540914 |
| Macy&#039;s | 9111 Duke Boulevard | Mason | OH | 450400000 |
| Nationwide Advantage Mortgage Co | PO Box 919000 | Des Moines | IA | 503910000 |
| PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. POB 41067 | | | 000000000 |
| Portfolio Recovery Associates, LLC | P.O. Box 41067 | Norfolk | VA | 235410000 |
| State of Ohio Department of Taxation | Attn.: Bankruptcy Division PO Box 530 | Columbus | OH | 432160530 |
| Telhio Credit Union | 96 North 4th Street | Columbus | OH | 432150000 |
| The Cardinal Orthopedic Institute | PO Box 951827 | Cleveland | OH | 441930000 |
| Time Warner Cable | C/O CMI 4200 International Parkway | Carrollton | TX | 750071906 |
| Faye D. English | Chapter 13 Trustee 10 West Broad Street | Columbus | OH | 432153449 |
| Jeffrey Farmer | 5464 Baneberry Avenue | Columbus | OH | 432350000 |
| Richelle Farmer | 5464 Baneberry Avenue | Columbus | OH | 432350000 |
| W Mark Jump | 2130 Arlington Avenue | Columbus | OH | 432210000 |